UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEEP WEB, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICROSOFT CORPORATION )<br>)<br>Defendant. )<br>) | No. 2:14-cv-663-RSM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Deep Web, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Microsoft Corporation has not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses Defendant with prejudice pursuant to Rule 41(a)(1).

DATED this 3rd day of June, 2014.

ROHDE & VAN KAMPEN PLLC

s/ *Al Van Kampen*
Al Van Kampen, WSBA No. 13670
*avk@rvk-law.com*
Attorneys for Plaintiff Deep Web, LLC

PLAINTIFF DEEP WEB, LLC'S
NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE - 1

**ROHDE & VAN KAMPEN** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

| | |
|---|---|
| 1 | *Of Counsel*:<br>Richard C. Weinblatt<br>Stamatios Stamoulis |
| 2 | STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre |
| 3 | 6 Denny Road, Suite 307<br>Wilmington, DE 19809 |
| 4 | (302) 999-1540<br>*weinblatt@swdelaw.com* |
| 5 | *stamoulis@swdelaw.com* |

PLAINTIFF DEEP WEB, LLC'S
NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE - 2

**ROHDE & VAN KAMPEN** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353